THE MARINER HARBOR NATIONAL BANK, Respondent, v. GRAHAM BEACH ESTATES, INC., Appellant, and Others, Defendants.— Judgment and order reversed upon the law, and new trial granted, costs to abide the event, on authority of *Mariner Harbor National Bank v. Graham Beach Estates, Inc.* (213 App. Div.

46

875). The orderly administration of justice required the trial court to accept the decision of this court as making the law of the case. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

STEFANO MITACHIONE, Respondent, v. NEWARK EXPRESS AND TRANSPORTATION COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.